IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Franki Brett

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

#1) Robin Blume
#2) Mrs. Lee
#3) David Samson

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

"See Attached" Pg. 1 of 1

RECEIVED
USDC CLERK, COLUMBIA, SC
2018 JUL -6 PM 4:30

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Franklyn Buett
Street Address: 822 Johnston St.
City and County: Phila, and Phila.
State and Zip Code: Pa. 19148
Telephone Number:

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Robin Blume
Job or Title (if known): Boss of Clerks
Street Address: 901 Richland St.
City and County: Columbia and Richland
State and Zip Code: SC, 29201
Telephone Number:

Defendant No. 2

Name: Mrs. Lee
Job or Title (if known): Enty court clerk
Street Address: 901 Richland St.
City and County: Columbia and Richland
State and Zip Code: SC, 29201
Telephone Number:

Defendant No. 3

Name: David Samson

2

        Job or Title       Chief Financial Officer -Boss - NY + NJ. Port Authority
        (if known)
        Street Address    4 World Trade Center
        City and County  New York and New York
        State and Zip Code  New York  1007
        Telephone Number

Defendant No. 4

        Name           Bill Naulty
        Job or Title      Accountant at NY + NJ, Port Authority
        (if known)
        Street Address   4 World Trade Center
        City and County  New York and New York
        State and Zip Code  New York  1007
        Telephone Number

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

In USC, 371 A+B Conspiracy to Committ Affense against US. Gov't and The committing of The offense against The US. Gov't. David Samson on Bribery Conviction.

3

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* FRANK Brett, is a citizen of the State of *(name)* Pennsylvania.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: I am suing all defendants for 3 million dollars because of the length of time. Robin Blume and Mrs. Lee have screwed the US Gov't out of Millions of Dollars in Tax Dollars from Federal cases I was involved with as a Fed, and an Undercover Fed for over 8 years. They have betrayed their sworn oath to uphold the Law and then and US Marshall John acted in concert with Kathy and

III. Statement of Claim Anthony Suoozie of Seminole County, FL and their Police Chief Mr. Lee who was Fr. Raf who went to prison. I saw Court Clerk Mrs. Blume with Anthony Suoozie's 20 3 y/o daughter on Rt. 50 in Osage County FL.

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

"They had me on Fast Track the Court Pensacola white woman with broken arm in with 3 Black US Marshalls when I walked into Courthouse. Robin Blume and Mrs. Lee In USC #371 A+B Conspiracy to commit offense against the US Gov't and the committing of the offense against the US Gov't interfered with my case against David Sampson and the Port Authority for the Last 8 years with US Marshall white Man John who I saw Ms Lee talking to. Now on 7/5/18 at least 2 Black US Marshalls called me a Fruit - meaning I'm Gay. The Black Man US Marshall Mr. Jones and Unknown 2nd Black Man Marshall with my the entry were in with a Mr. Man who has 45 counts of fraud with his 5 cousins for stalking me and calling me gay in 13 states in the last 8 years. Mr. Man was seen with Rev. Love in Phya. Pa. in 12/2017.

IV. Relief He is a crackhead and was in with a drug gang and convicted felon Seth Williams.

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

My Life has been threatened again - this group from Clemsin University were Anthony + Kathy Suoozie Daughters friend Nichole Lapata attended recently threatened my life again on Truman Rd. in Orlando, FL. 8 college men around 20's yrs. old with 1 white homeless man who is their friend. The white Man said he was going to Kill The Gay Cop, meaning me. There were 3 white men and 4 Latin men from Clemsin University. They followed me to Athens, SC, and The white Man threatened me again saying the same thing. I was threatened at St. Stevens Catholic Church in Fort Lauderdale, FL by a Few white men Italians who stated in 12/2016 that they were going to Kill The Gay Cop. Anthony Suoozie was outside my Catholic church on this day all the way from Seminole County, FL. The Black US Marshalls and a Black woman US Marshall all obstructing Justice into my wrongful Death Law suit with my poor poisoned to death 2 sons just babies Francis Brett 3rd and Dalton Brett. He had my wife and Dad were poisoned 2 times each.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/6 , 2018.

Signature of Plaintiff     Frank Brett
Printed Name of Plaintiff   Frank Brett

### B. For Attorneys

Date of signing: NO , 20__.

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____
Address                    _____
Telephone Number           _____
E-mail Address             _____