(Pg 1 of 5)

*See Attached*

#1. Robin Blume
#2. Mrs. Lee
#3. David Samson
#4. Bill Naulty
#5. David Wildstein
#6. Bill Baronde
#7. Bridget Kelley
#8. Jamie Fox
#9. Summer (Christine Subel)
#10. John Morgan Attorney
#11. Richy Gertz
#12. W/F and Samson Attorney
#13. John Runyan
#14. Leonard Lavender
#15. Steve Lavender
#16. Joe Byers
#17. Mrs. Brand
#18. Robert Rochwell
#19. Louis Vasquez
#20. Joe Anice Gary
#21. Orlando FL, Rescue Mission, Rev. Hall
#22. Sunday Breakfast Mission Wilmington, Delaware – Rev. Floyd Wheeler
#23. Sam Clay
#24. Rev. Sam Reah – Phila. Pa.
#25. US Marshall John Unknown – Columbia, SC
#26. Vincent Mancini and Lords Kurdal Law Firm
#27. Shansha Construction Co.
#28. Mr. Schneider
#29. Sue Balton
#30. Kathy Balton
#31. Richard Quich
#32. Nichole Laputa
#33. Floyd Wheeler
#34. Rev. Rodgers
#35. Rev. Aubry
#36. Rev. Ali
#37. Mike Hairston (FBI Agent cousin)
#38. Mr. Man
#39. US Marshall Black Man Mr. Jones
#40. US Marshall Black Man Unknown
#41. Mr. Seal
#42. Anthony Svoozie
#43. John White
#44. Other Mission-Boss- Employees + Some Residents

(Pg. 1 of 4)

United States District Court
For the
" See attached Pg. 2 of 4"

#1. Defendant - Robin Blume
Official Position - Boss of court clerks Columbia, South Carolina
901 Richland St.
Columbia, South Carolina 29201

#2. Defendant - Mrs. Lee
Official Position - Boss of court clerks Columbia, South Carolina
901 Richland St.
Columbia, South Carolina 29201

#3. Defendant - David Samson
Official Position - Chief Financial Officer - Boss - NY & NJ Port Authority
4 World Trade Center
New York, New York, 1007

#4. Defendant - Bill Naulty
Official Position - Accountant at NY & NJ Port Authority - Also part The Pimp - with Summer & Carmen

#5. Defendant - David Wildstein - enforcer - NY & NJ Port Authority
4 World Trade Center
New York, New York, 1007

#6. Defendant - Bill Baroni - 2012 - Deputy Director of The NY & NJ Port Authority
4 World Trade Center
New York, New York, 1007

★ #7. Defendant - Bridget Kelley - Aid To Governor Chris Christy - Deputy Chief
28 W. State St.
Trenton, NJ 08608

#8. Defendant - Jaimie Fox - Lobbyist and Advisor to David Samson - NY & NJ Port Authority
4 World Trade Center
New York, New York, 1007

#9. Defendant - Christine Sabel - (Summer) Stripper and prostitute - Atlantis Strip club
3800 Chestnut St.
Phila. Pa. 19141

#10. Defendant - John Morgan Attorney
10 Orange Ave.
Orlando, Fl. 32802

★ #11. Defendant - Richy Gertz - Mafia Associate
65 2nd Ave.
Broomall, Pa. 19008

#12. Defendant - Wolf and Samson Attorney for Lobbyist and Advisor to Jaimie Fox and David Samson - NY & NJ Port Authority
4 World Trade Center
New York, New York, 1007

(Pg. 2 of 5)

United States District Court
For The Columbia District of South Carolina
(( See Attached Pg. 2 of 5 ))

Defendant #13. John Runyan - Congressman - U.S. Rep. For NJ 3rd Congressional dist.
33 Washington St.
Toms River, NJ, 08753

Defendant #14. Leonard Lavender - criminal
1302 13th St.
Phila, Pa, 19106

Defendant #15. Steve Lavender - U.S. Fed. Court clerk, Phila, Pa.
601 Market St.
Phila, Pa, 19106

Defendant #16. Joe Byers - 624 Lexington Ave.
Orlando, FL 32801-0120

Defendant #17. Mr Brand - 624 Lexington Ave.
Orlando, FL 32801-0120

Defendant #18. Robert Rockwell - 624 Lexington Ave.
Orlando, FL 32801-0120

Defendant #19. Louis Vasquez - 624 Lexington Ave.
Orlando, FL 32801-0120

Defendant #20. Joe Aroce Gang - 10 Pine St.
Wilmington, Delaware 19016

Defendant #20. Orlando FL Rescue Mission, Rev. Hall - 1
440 W. Central Ave.
Orlando, FL 32801-0120

Defendant #21. Sunday Breakfast Mission Wilmington, Delaware - Rev. Floyd Wheeler
10 Pine St.
Wilmington, Delaware 19016

Defendant #22. Sam Clay - Reverends Son - Black Men
440 W. Central Ave.
Orlando, FL 32801-0120

Defendant #23. Rev. Sam Reath - Phila, Pa.
1301 - 13th St.
Phila, Pa, 19106

Defendant #24. U.S. Marshall John Antrom - Columbia, SC.
901 Richland St. Columbia, South Carolina 29201

(Pg. 3 of 4)

| | |
|---|---|
| Defendant | #25 Vincent Mancini and Lows Hurdall LAW FIRM<br>414 Baltimore Pike<br>Medica, Pa, 19063 |
| Defendant | #26 Shansha Construction Co.<br>350 5th Ave.<br>New York, NY. 10118-0110 |
| Defendant | #27 Mr. and Mrs. Schmerder Cousin<br>108 Strathmore Rd.<br>Havertown, Pa. 19083 |
| Defendant | #28. Sue Bolton<br>842 Fairfax Rd.<br>Drexel Hill, Pa. 19026 |
| Defendant | #29. Harry Bolton<br>842 Fairfax Rd.<br>Drexel Hill, Pa. 19026 |
| Defendant | #30. Richard Quich<br>624 Lexington Ave<br>Orlando, FL 32801-0120 |
| Defendant | #31. Nichole Laputa<br>2900 Bonneville Rd.<br>Orlando, FL. 33308 |
| Defendant | #32 Floyd Wheeler<br>10 Pine St.<br>Wilmington, Delaware 19016 |
| Defendant | #33 Rev. Rodgers<br>10 Pine St.<br>Wilmington, Delaware 19016 |
| Defendant | #34 Rev. Aubry<br>10 Pine St.<br>Wilmington, Delaware 19016 |
| Defendant | #35 Rev. Ali<br>10 Pine St.<br>Wilmington, Delaware 19016 |
| Defendant | #36. Mike Houston (FBI) Agent - Cousin<br>(Federal Bureau of Investigation)<br>440 W. Central Ave.<br>Orlando, FL. 32801-0120 |

#38. Mr. Man - 30"5 yrs. old
   Oliver Mission
   1100 Assembly st.
   Columbia, SC, 29207

#39. U.S. Marshall Black Man Mr. Jones -
   U.S. District Court
   901 Richland st. Columbia, SC, 29201

#40. U.S. Marshall Black Man Unknown
   US District Court
   901 Richland st. Columbia, SC, 29201

#41. Mr. Seal - cousin - 60's yrs. old
   Oliver Mission
   1100 Assembly st.
   Columbia, SC, 29201

#42. Anthony Suorove -
   33 Washington st.
   Sentinel, FL. 32901

#43 John White -
   31 Coburn Ave.
   Orlando, FL. 32805

#44. Oliver Mission - Boss + Employees + Some residents
   1100 Assembly st.
   Columbia, SC, 29207