IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Frank Brett, | C/A No.: 3:18-1860-JFA-SVH |
| Plaintiff, | |
| vs. | |
| Robin Blume; Mrs. Lee; David Samson; Bill Naulty; David Wildstein; Bill Baronse; Bridget Kelley; Jaimie Fox; Christine Sabel (Summer); John Morgan, Attorney; Ricky Gertz; Wolfand Samson, Attorney; John Runyan; Leonard Lavender; Steve Lavender; Joe Byers; Mr. Brand; Robert Rockwell; Louis Vasquez; Joe Arice Gany; Rev. Hall, Orlando FL. Rescue Mission; Rev. Wheeler Floyd, Sunday Breakfast Mission, Wilmington, Delaware; Sam Clay; Rev. Sam Reah, Philadelphia; US Marshall John Unknown, Columbia, SC; Vincent Marcial and Louis Hurdal Law Firm; Shansha Construction Co.; Mr. Schneider; Sue Bodkin; Kathy Bodkin; Richard Quick; Nichole Lapata; Floyd Wheeler; Rev. Rodgers; Rev. Aubry; Rev. Ali; Mike Halrston, (FBI Agent - Cousin); Mr. Man; Mr. Jones, US Marshall Black Man; US Marshall Black Man Unknown; Mr. Seal; Anthony Svoozie; John White; Oliver Mission, Boss, Employees & some Residents, | ORDER |
| Defendants. | |

This is a civil action filed by a pro se litigant. Under Local Civ. Rule 73.02(B)(2)(e) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

MOTION TO SEAL

Plaintiff filed a motion to file case under seal. [ECF No. 6]. Plaintiff's motion, however, does not comply with Local Civil Rule 5.03 (D.S.C.), which governs the filing of motions under seal. Accordingly, Plaintiff's motion to seal is denied.

PAYMENT OF THE FILING FEE:

Plaintiff has submitted an Application to Proceed in District Court Without Prepaying Fees or Costs, which is construed as a Motion for Leave to Proceed in forma pauperis. *See* 28 U.S.C. § 1915. A review of the motion reveals that Plaintiff should be relieved of the obligation to prepay the full filing fee. Plaintiff's Motion for Leave to Proceed in forma pauperis is granted. [ECF No. 3].

TO THE CLERK OF COURT:

The Clerk of Court is directed not to issue the summons or forward this matter to the United States Marshal for service of process at this time.

TO PLAINTIFF:

Plaintiff must place the civil action number listed above (C/A No.: 3:18-1860-JFA-SVH) on any document provided to the court pursuant to this order. Any future filings in this case must be sent to: United States District Court, 901 Richland Street, Columbia, SC 29201. All documents requiring Plaintiff's signature shall be signed with Plaintiff's full legal name written in Plaintiff's own handwriting. Pro se litigants shall not use the "s/typed name" format used in the Electronic Case Filing System. In all future filings with this court, Plaintiff is directed to use letter-sized (eight and one-half inches by eleven inches) paper only, to write or type text on one side of a sheet of paper only and not to write or type on both sides of any sheet of paper. Plaintiff is further instructed not to write to the edge of the paper, but to maintain one inch margins on the top, bottom, and sides of each paper submitted.

Plaintiff is a pro se litigant. Plaintiff's attention is directed to the following important notice:

You are ordered to always keep the Clerk of Court advised in writing (United States District Court, 901 Richland Street, Columbia, South Carolina 29201) if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this order, you fail to meet a deadline set by this court, your case may be dismissed for violating this order. Therefore, if you have a change of address before this case is ended, you must comply with this order by immediately advising the Clerk of Court in writing of such change of address and providing the court with the docket number of all pending cases you have filed with this court. Your failure to do so will not be excused by the court.

IT IS SO ORDERED.

July 16, 2018  Shiva V. Hodges
Columbia, South Carolina  United States Magistrate Judge

*Plaintiff's attention is directed to the important warning on the next page.*

# IMPORTANT INFORMATION: PLEASE READ CAREFULLY
# WARNING TO PRO SE PARTY OR NONPARTY FILERS

ALL DOCUMENTS THAT YOU FILE WITH THE COURT WILL BE AVAILABLE TO THE PUBLIC ON THE INTERNET THROUGH PACER (PUBLIC ACCESS TO COURT ELECTRONIC RECORDS) AND THE COURT'S ELECTRONIC CASE FILING SYSTEM. CERTAIN *PERSONAL IDENTIFYING INFORMATION* SHOULD NOT BE INCLUDED IN OR SHOULD BE REMOVED FROM ALL DOCUMENTS *BEFORE* YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING.

Rule 5.2 of the Federal Rules of Civil Procedure provides for privacy protection of electronic or paper filings made with the court. Rule 5.2 applies to **ALL** documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party or nonparty for filing. Unless otherwise ordered by the court, a party or nonparty filer should not put certain types of an individual's personal identifying information in documents submitted for filing to any United States District Court. If it is necessary to file a document that already contains personal identifying information, the personal identifying information should be "**blacked out**" or **redacted** prior to submitting the document to the Clerk of Court for filing. A person filing any document containing their own personal identifying information **waives** the protection of Rule 5.2(a) by filing the information without redaction and not under seal.

1. Personal information protected by Rule 5.2(a):
    (a) **Social Security and Taxpayer identification numbers.** If an individual's social security number or a taxpayer identification number must be included in a document, the filer may include only the last four digits of that number.
    (b) **Names of Minor Children.** If the involvement of a minor child must be mentioned, the filer may include only the initials of that child.
    (c) **Dates of Birth.** If an individual's date of birth must be included in a document, the filer may include only the year of birth.
    (d) **Financial Account Numbers.** If financial account numbers are relevant, the filer may include only the last four digits of these numbers.

2. Protection of other sensitive personal information – such as driver's license numbers and alien registration numbers – may be sought under Rule 5.2(d)(filings made under seal) and (e) (protective orders).